THE GLENWOOD NATIONAL BANK v. SCHWARTZ ET AL.

GREIG v. CLEMENT, ANTE, 167, FOLLOWED.
The judgment in this case is reversed as a result of the reversal in *Greig v. Clement, ante,* 167.

*Appeal from the District Court of Arapahoe County.*

Mr. C. H. TOLL, Mr. W. M. MAGUIRE and Mr. W. R. BARBOUR, for appellant.

Messrs. THOMAS, BRYANT & LEE, for appellee.

PER CURIAM. This action grew out of and is based upon the judgment of the district court of Garfield county in the case of *Greig v. Clement,* recently reversed. See *ante,* page 167. As a result of the reversal there is no foundation upon which to rest the judgment from which the present appeal was taken. It is accordingly reversed.

*Reversed.*